IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY

    Plaintiff,

v.

WAYNE K. KNOLL, JR.

    Defendant.

Civil Action No. JFM-02-2161

## DEFAULT JUDGMENT

The Motion for Default Judgment and supporting affidavits attached thereto filed by Plaintiff, Pennsylvania Higher Education Assistance Agency ("PHEAA"), having been read and considered, it is this 2nd day of December, 2002, by the United States District Court for the District of Maryland, hereby

ORDERED, that Plaintiff's Motion for Default Judgment is GRANTED, and it is further

ORDERED, that a judgment is entered against the Defendant, Wayne K. Knoll, Jr., in the amount of $117,654.71, which represents: (1) the total amount due and owing to Plaintiff as of November 15, 2002, plus (2) any interest accrued thereon from November 15, 2002 to the date of judgment, at the rate of 3.50% per annum, computed at a per diem of $10.49; and it is further

ORDERED, that judgment is entered against the Defendant, Wayne K. Knoll, Jr., in the amount of $1,770.00, which represents Plaintiff's reasonable attorneys fees of $1,440.00 and expenses of $180.00, plus court costs of $150.00.

_____
United States District Court Judge